```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
```

UNITED STATES OF AMERICA,

    **Plaintiff**,

           **v.**             **Cr. No.** 11-381-01(FAB)

RAFAEL WARNER-DENIS

    **Defendant**.

**ORDER**

    Having considered the Report and Recommendation filed on December 22, 2011 (Docket No. 29) on a Rule 11 proceeding of defendant held before U.S. Magistrate Judge Camille L. Velez-Rive on December 22, 2011, to which no opposition has been filed, the same is **APPROVED**. Accordingly, the guilty plea of defendant is accepted. The Court finds that his plea was voluntarily and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

    This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report on December 22, 2011. The U.S. Probation Office will prepare a pre-sentence report.

    **Sentencing hearing scheduled for April 12, 2012 at 9:00 am.**

    **IT IS SO ORDERED.**

    San Juan, Puerto Rico, January 3, 2012.

                                                   s/ Francisco A. Besosa
                                                   FRANCISCO A. BESOSA
                                                   UNITED STATES DISTRICT JUDGE